


STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

STEVEN T. MARSHALL
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

**July 28, 2023**

*Filed via CM/ECF*

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re: Second Rule 28(j) Citation of Supplemental Authority in Support of Petitioners' Joint Motion for Stay in *Alabama, et al. v. U.S. EPA*, Case No. 23-11173

Dear Mr. Smith:

On July 27, 2023, the Tenth Circuit entered judicial stays of EPA's disapprovals of each of the State Implementation Plans ("SIPs") submitted by Oklahoma and Utah. The court's order is attached.

Petitioners submit the Tenth Circuit's order as additional supplemental authority in support of their Stay Motion, in which Petitioners explained the Fifth, Eighth, and Ninth Circuits have granted judicial stays of EPA's disapprovals of SIPs for Texas, Louisiana, Mississippi, Missouri, Arkansas, Minnesota, and Nevada. Doc. 18 at 7 n.4; Doc. 27 at 1 n.1. Earlier this week, Petitioners filed a Rule 28(j) Citation of Supplemental Authority notifying this Court that, on July 25th, the Sixth Circuit entered a judicial stay of EPA's disapproval of Kentucky's SIP. The Tenth Circuit now joins the four other circuits in granting a judicial stay.

After deciding to carry the issue of venue with the case, the Tenth Circuit found that the Petitioners satisfied their burdens as to each of the factors required for a stay and ruled that EPA may not enforce its federal Good Neighbor plan for the 2015 Ozone NAAQS against Oklahoma or Utah while the stay remains in place. This holding aligns with arguments presented by Petitioners, and Petitioners are likely to succeed on the merits for similar reasons. *See* Doc. 18 at 10-18.

Petitioners request this Court take into consideration the Tenth Circuit's Order for the reasons set forth herein and grant their Stay Motion prior to the effective date of EPA's Federal Implementation Plan for Alabama on August 4th.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ Robert D. Tambling
Robert D. Tambling (TAM001)
*Assistant Attorney General*

/s/ Lindsay S. Dawson
Lindsay S. Dawson (DAW017)
*Assistant Attorney General*

**ADDRESS OF COUNSEL:**
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: Robert.Tambling@AlabamaAG.gov

/s/ Paul Christian Sasser, Jr.
Paul Christian Sasser, Jr.
*Assistant Attorney General*

/s/ Steven Shawn Sibley
Steven Shawn Sibley
*Assistant Attorney General*

**ADDRESS OF COUNSEL:**
Alabama Department of Environmental Management
Office of General Counsel
P.O. Box 301463
Montgomery, Alabama 36130-1463

Phone: (334) 271-7855
Fax: (334) 260-4544
Email: pcsasser@adem.alabama.gov
ssibley@adem.alabama.gov

/s/ C. Grady Moore, III
C. Grady Moore, III
Claire B. Johnson
*Counsel for Alabama Power Company and PowerSouth Energy Cooperative*

**ADDRESS OF COUNSEL:**
Balch & Bingham LLP
1901 6th Avenue N., Ste. 1500
Birmingham, Alabama 35203
Phone: (205) 251-8100
Email: gmoore@balch.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel states that this letter complies with Fed. R. App. P. 28(j) because the body of the letter does not exceed 350 words.

**Dated: July 28, 2023**

/s/ C. Grady Moore III
C. Grady Moore III
*Counsel for Alabama Power Company and PowerSouth Energy Cooperative*

/s/ Robert D. Tambling
Robert D. Tambling (TAM001)
*Assistant Attorney General*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2023, I have filed the foregoing letter using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ C. Grady Moore III
C. Grady Moore III
*Counsel for Alabama Power Company and PowerSouth Energy Cooperative*

/s/ Robert D. Tambling
Robert D. Tambling (TAM001)
*Assistant Attorney General*

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 27, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

STATE OF UTAH, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondents.

No. 23-9509
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

---

PACIFICORP; DESERET GENERATION & TRANSMISSION CO-OPERATIVE; UTAH MUNICIPAL POWER AGENCY,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondents.

No. 23-9512
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

---

UTAH ASSOCIATED MUNICIPAL POWER SYSTEMS,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondents.

No. 23-9520
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

---

STATE OF OKLAHOMA, by and through its Attorney General; GENTNER F DRUMMOND; OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY,

Petitioners,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondents.

No. 23-9514
(EPA No. EPA-RO6-OAR-2021-0801)
(Environmental Protection Agency)

---

OKLAHOMA GAS & ELECTRIC COMPANY,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

No. 23-9521
(EPA No. EPA-HQ-OAR-2021-0663)
(Environmental Protection Agency)

Appellate Case: 23-9509 Document: 010110895101 Date Filed: 07/27/2023 Page: 3

Respondents.

---

TULSA CEMENT LLC, d/b/a Central Plains Cement Company LLC; REPUBLIC PAPERBOARD COMPANY LLC,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondent.

No. 23-9533
(EPA No. EPA-HQ-OAR-2021-0663)
(Environmental Protection Agency)

---

WESTERN FARMERS ELECTRIC COOPERATIVE,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

Respondents.

No. 23-9534
(EPA No. EPA-HQ-OAR-2021-0663)
(Environmental Protection Agency)

---

**ORDER**

---

Before **TYMKOVICH** and **CARSON**, Circuit Judges.

---

Petitioners have filed motions to stay EPA's final disapproval of Oklahoma's and Utah's respective state implementation plans regarding their Good Neighbor obligations under the 2015 ozone NAAQS. EPA has responded and petitioners have replied.

In deciding whether to grant a stay pending these petitions for review, we consider the traditional factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted).

We conclude petitioners have satisfied their burden as to each of these factors. We therefore stay EPA's final disapproval of Oklahoma's and Utah's respective Good Neighbor state implementation plans for the 2015 ozone NAAQS. This stay will remain in place until the disposition of these petitions for review on their merits, or until further order of this court. Because EPA may not enforce a federal implementation plan without first disapproving a state implementation plan, EPA may not enforce its federal Good Neighbor plan for the 2015 ozone NAAQS against Oklahoma or Utah while the stay remains in place.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk