# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11173

_____

STATE OF ALABAMA,
ex rel.,
ATTORNEY GENERAL, STATE OF ALABAMA,
ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,

                                                      Petitioners,

*versus*

U.S. ENVIRONMENTAL PROTECTION AGENCY,
ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY,

                                                      Respondents.

_____

2                           Order of the Court                           23-11173

Petition for Review of a Decision of the
Environmental Protection Agency
Agency No. EPA-HQ-OAR-2021-0663

_____

ORDER:

Attorney ALEXANDER BARRETT BOWDRE has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney ALEXANDER BARRETT BOWDRE is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION