UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

October 24, 2024

Alexander Barrett Bowdre  
Alabama Attorney General's Office  
501 WASHINGTON AVE  
PO BOX 300152  
MONTGOMERY, AL 36130

Albert Lin  
DOJ-ENRD  
PO BOX 7611  
WASHINGTON, DC 20044

Carl Grady Moore III  
Balch & Bingham, LLP  
1901 6TH AVE N STE 1500  
BIRMINGHAM, AL 35203

Appeal Number: 23-11173-DD ; 23-11196 -DD  
Case Style: State of Alabama, ex rel.,, et al v. U.S. Environmental Protection Agency, et al  
Agency Docket Number: EPA-HQ-OAR-2021-0663

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MEMORANDUM TO COUNSEL OR PARTIES

Dear Counsel,

The petitions for review in Case Numbers 23-11173 and 23-11196 are stayed and held in abeyance pending the United States Supreme Court's issuance of an opinion in the following cases: Oklahoma v. Environmental Protection Agency, 93 F.4th 1262 (10th Cir. 2024), cert. granted, — S. Ct. —, No. 23-1067 (Oct. 21, 2024); PacifiCorp v. Environmental Protection Agency, No. 23-9512 (10th Cir. Feb. 16, 2023), cert. granted, — S. Ct. —, No. 23-1068, 2024 WL 4529796 (Oct. 21, 2024); Environmental Protection Agency v. Calumet Shreveport Refining, LLC., 86 F.4th 1121 (5th Cir. 2023), cert. granted, — S. Ct. —, No. 23-1229, 2024 WL 4529794 (Oct. 21, 2024).

Within twenty-one (21) days of the date the Supreme Court issues its opinion in the above cases, the parties are directed to notify this Court in writing what issues, if any, remain pending in these petitions.

LetterHead Only